UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14  10 10 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ELIZABETH LUPACCHINO,  :
: 
Plaintiff,  :   Civil Action No. 3:02 CV 2281 (MRK)
:
v.  :
:
ADP, INC. a/k/a AUTOMATIC DATA  :
PROCESSING, INC.  :
:
Defendant.  :   November 13, 2003
:

## MOTION FOR EXTENSION OF TIME FOR DISCOVERY SCHEDULE

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rules of Civil Procedure Rule 9(b)3, the Defendant in this matter hereby respectfully moves, *nunc pro tunc*, to extend the time period for completion of discovery by forty-five (45) days, or until December 15, 2003, and to correspondingly extend the deadline for filing any dispositive motions to January 30, 2004. In support of good cause for the granting of this motion, counsel submits the following:

1. While a significant amount of discovery has already been completed in this matter, the additional time is needed to take the deposition of one additional witness, a former employee of the Defendant. This witness was served with a subpoena within close proximity to the expiration of the initial discovery deadline. While it was anticipated that the deposition would be completed within that initial discovery period, the witness only recently notified the parties of his intent to retain counsel who has been out of his office away on business. Given these circumstances, additional time is needed to schedule and take the deposition at issue.

ST:27102v1

2. The parties did not previously make this motion as it was anticipated additional time would not be needed. However, as noted, since the beginning of this month, the former employee of Defendant has indicated a desire to potentially retain independent counsel.

3. The additional time requested herein would also provide time to continue Plaintiff's deposition if that is ultimately determined to be necessary. Plaintiff's deposition was left open at the completion of the first day of testimony as Defendant is waiting to receive some additional documentation in Plaintiff's possession responsive to previously served discovery requests. These documents still have not been produced; however, once the subject documents have been received, Defendant will be better able to assess whether, in fact, continuation of Plaintiff's deposition will be necessary.

4. James Howard, Esq., counsel for Plaintiff, has no objection to the Court's granting of this request.

5. This is the first extension of time requested as to these time limitations.

**WHEREFORE**, the Defendant respectfully requests that this Court extend the deadlines as set forth herein, *nunc pro tunc*.

Respectfully submitted,
The Defendant,

By: _____
Mary A. Gambardella, Esq.
Federal Bar No. ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901
**Counsel for Defendant**

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *Joint Motion for Extension of Time for Discovery Schedule* was sent via first class mail, postage prepaid, this 13th day of November, 2003 to counsel of record for the plaintiff as follows:

>James H. Howard, Esq.
>Phelon, FitzGerald & Wood, P.C.
>773 Main Street
>Manchester, CT 06040

_____
Steven J. Younes