UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2281(MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant's Motion For Extension Of Time For Discovery Schedule (Doc. #17), dated November 13, 2003, is hereby GRANTED absent objection.

All discovery will be completed by December 15, 2003, and dispositive motions, if any, will be filed by January 30, 2004. **The parties should not anticipate that any further extensions of the schedule will be granted**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
          U.S.D.J.

Dated at New Haven, Connecticut: November 19, 2003