## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2281(MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Defendant's Motion For Extension Of Time To Respond To Plaintiff's First Request For Production Of Documents Pursuant To Rule 34 [doc. #15], dated September 30, 2003, is hereby **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 30, 2003.