**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2281(MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Court having conferred telephonically with the parties in the above-captioned matter, the parties shall file their dispositive motions by **February 17, 2004**. The current schedule shall otherwise remain unchanged.

IT IS SO ORDERED.

/s/         Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: <u>January 21, 2004</u>.