# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2281(MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

___   A ruling on the following motions which are currently pending: (orefm.)
        Doc#

_✖_   A settlement conference (orefmisc./cnf.)

___   A conference to discuss the following: (orefmisc./cnf.)

___   Other: (orefmisc./misc)


SO ORDERED this __28th__ day of __January__, __2004__ at New Haven, Connecticut.


              /s/            _____Mark R. Kravitz_____
                             UNITED STATES DISTRICT COURT JUDGE