UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH LUPACCHINO,          :
                               :
          Plaintiff,           :   Civil Action No. 3:02 CV 2281 (MRK)
                               :
v.                             :
                               :
ADP, INC. a/k/a AUTOMATIC DATA :
PROCESSING, INC.               :
                               :
          Defendant.           :   January 30, 2004
                               :

**JOINT MOTION TO EXTEND
DEADLINE FOR DISPOSITIVE MOTIONS**

The parties to the above-captioned matter hereby jointly and respectfully request the following:

1.   In view of the Court's recent grant of the parties' request that they be permitted to mediate this matter before the Honorable Thomas P. Smith, Magistrate Judge; and

2.   To assist the parties in their attempt to successfully mediate this case, that the Court further suspend the current deadline for the submission of dispositive motions, until two (2) weeks after such mediation has been completed.

The basis for this request is that the parties, after a telephonic status conference held with this Court on January 21, 2004, agreed that mediation would be desirable. Furthermore, the Court has already agreed that Judge Thomas P. Smith could conduct the mediation in a case involving this Defendant, the same potential witnesses, similar allegations and the same supervisor accused of improper conduct.

ST:27676v1

The parties further agree that compelling Defendant to continue to incur fees for the preparation of a dispositive motion (currently due February 17, 2004) would be counter-productive to their efforts to resolve this action, and therefore, request that this deadline be suspended until this mediation has been concluded.

The deadline for submission of dispositive motions has been extended once pursuant to Defendant's request, from January 30, 2004 to February 17, 2004.

While this Motion is signed only by counsel for Defendant, it is respectfully requested that it be treated as a joint request.

**WHEREFORE,** the parties respectfully request that this Motion be granted in all respects.

THE DEFENDANT,

By: _____
Mary A. Gambardella, Esq.
Federal Bar No. ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901
**Counsel for Defendant**

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Joint Motion For Mediation* was sent via first class mail, postage prepaid, this 30th day of January, 2004 to counsel of record for the plaintiff as follows:

>James H. Howard, Esq.
>Phelon, FitzGerald & Wood, P.C.
>773 Main Street
>Manchester, CT  06040

_____
Steven J. Younes

ST:27676v1          3