UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUPACCHINO
vs.

ADP

No. 3:02cv2281 (MRK)

ORDER

A settlement conference shall be held before the undersigned on **April 30, 2004 at 10:00 a.m. Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E. D. Mo. 2000).

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 5th day of April 2004.**

Thomas P. Smith
United States Magistrate Judge