UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:02 CV 2281 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC. | : | |
| | : | |
| Defendant. | : | May 6, 2004 |
| | : | |

**MOTION TO EXTEND
DEADLINE FOR DISPOSITIVE MOTIONS**

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rules of Civil Procedure 9(b)3, the Defendant in the above-captioned matter hereby respectfully moves to extend the deadline for filing any dispositive motions by three (3) weeks, or until June 4, 2004.  In support of good cause for the granting of this motion, counsel submits the following:

1.  This honorable Court recently granted the parties' joint request that they be permitted to mediate this matter before the Honorable Thomas P. Smith, Magistrate Judge. Indeed, a mediation conference was held before Judge Smith on April 30, 2004.

2.  To assist the parties in their attempt to successfully mediate this case, and at their request, this honorable Court further suspended the deadline for the submission of dispositive motions until two (2) weeks after such mediation was completed.  Thus, dispositive motions are currently due May 14, 2004.

3.  Although this matter was unable to be resolved on the day of mediation before Judge Smith, Defendant left open its last settlement offer for two weeks during which Plaintiff

ST:28698v1

could decide whether to accept it.  In addition, undersigned counsel continues to explore settlement possibilities with our client.

4.     It is respectfully submitted that compelling Defendant to continue to incur fees for the preparation of a dispositive motion would be counter-productive to these on-going efforts to resolve this action, and therefore, requests that this deadline be extended to ensure that all attempts to settle this matter have been fully exhausted.

5.     Two prior requests for extending the deadline for submission of dispositive motions have been made, one in connection with a corresponding request to extend the discovery deadline and one in connection with the mediation conference.

6.     James Howard, Esq., counsel for Plaintiff, has no objection to the Court's granting of this request.

**WHEREFORE**, the Defendant respectfully requests that this motion be granted, extending the deadline to file dispositive motions by three (3) weeks, or until June 4, 2004.

        **THE DEFENDANT,**

        By: _____
        **Steven J. Younes**
        **Federal Bar No. ct12408**
        **Epstein Becker & Green, P.C.**
        **One Landmark Square, Suite 1800**
        **Stamford, CT  06901**
        **Counsel for Defendant**

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Motion to Extend Deadline for Dispositive Motions* was sent via first class mail, postage prepaid, this 6th day of May, 2004 to counsel of record for the plaintiff as follows:

> James H. Howard, Esq.
> Phelon, FitzGerald & Wood, P.C.
> 773 Main Street
> Manchester, CT  06040

_____
Steven J. Younes