UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2281(MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The Motion To Extend Deadline For Dispositive Motions [doc. # 26], dated May 6, 2004, is hereby **GRANTED**. The parties shall file their dispositive motions on or before **June 4, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: May 11, 2004.