IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:02 CV 2281 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC. | : | |
| | : | |
| Defendant. | : | June 4, 2004 |

**AFFIDAVIT OF MARY A. GAMBARDELLA, ESQUIRE IN SUPPORT OF
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

**STATE OF CONNECTICUT** )
                         ) ss:
**COUNTY OF FAIRFIELD**    )

**The undersigned, having been duly sworn, hereby deposes and says:**

1.  I am a member of the firm of Epstein Becker & Green, P.C., attorneys of record for the Defendant, ADP, Inc. I make this statement based on my personal knowledge of the facts hereinafter set forth.

2.  I hereby certify that the documents attached as Exhibits to the Memorandum of Law in support of the Defendant's Motion for Summary Judgment are true copies of the

originals on file.  Additionally, all deposition transcript excerpts annexed thereto as Exhibits are true copies of the original excerpts from those depositions of record in this action.

_____<br>**MARY A. GAMBARDELLA**

The foregoing was subscribed and sworn to before me this 4th day of June, 2004.

_____
**NOTARY PUBLIC/COMMISSIONER OF
THE SUPERIOR COURT**