IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH LUPACCHINO** | : | Civil Action No. 3:02 CV 2281 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC. | : | |
| Defendant. | : | June 4, 2004 |

**DESIGNATION OF EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, ADP, Inc., respectfully designates the Exhibits to its Memorandum of Law in Support of the Motion for Summary Judgment as follows:

**EXHIBIT A**: Complaint, filed November 22, 2002

**EXHIBIT B**: Excerpts from Deposition of Elizabeth Lupacchino

**EXHIBIT C**: Excerpts from Deposition of Kenneth Kitzmiller

**EXHIBIT D**: Excerpts from Deposition of William Gay

**EXHIBIT E**: Excerpts from Deposition of Mac Carr

**EXHIBIT F**: Excerpts from Deposition of Jill Kehl

**EXHIBIT G**: Excerpts from Deposition of Debbie Dank

**EXHIBIT H**: Excerpts from Deposition of Scott Martin

**EXHIBIT I**: Debbie Dank's handwritten investigation notes (Exhibit 15 to Plaintiff's Deposition)

**EXHIBIT J**: Leave of Absence Policy (Exhibit 9 to Plaintiff's Deposition)

ST:28923v1

**EXHIBIT K**: Letter to Plaintiff from Mac Carr, dated February 22, 2002 (Exhibit 3 to Plaintiff's Deposition)

**EXHIBIT L**: Note from Dr. Daniel Davies concerning Plaintiff's medical condition, back-dated to February 14, 2002 (Exhibit 4 to Plaintiff's Deposition)

**EXHIBIT M**: Letter to Plaintiff from Mac Carr, dated March 19 2002 (Exhibit 2 to Plaintiff's Deposition)

**EXHIBIT N**: Excerpts from Deposition of Dr. Kevin R. Conter

**EXHIBIT O**: Letter to Plaintiff from Mac Carr, dated April 3, 2002 (Exhibit 1 to Plaintiff's Deposition)

**EXHIBIT P**: HealthWorks Membership Change Form (Exhibit 12 to Plaintiff's Deposition)

**EXHIBIT Q**: Affidavit of Mac Carr

 

**THE DEFENDANT,
ADP, INC.**

**By**:_____
Mary A. Gambardella, Esq.
Federal Bar No. ct05386
**EPSTEIN BECKER & GREEN, P.C.**
One Landmark Square, Suite 1800
Stamford, CT  06901-2681
(203) 348-3737

- and -

Steven J. Younes, Esq.
Federal Bar No. ct12408
**EPSTEIN BECKER & GREEN, P.C.**
One Landmark Square, Suite 1800
Stamford, CT  06901-2681
(203) 348-3737

ST:28923v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Designation of Exhibits To Memorandum of Law in Support of Defendant's Motion for Summary Judgment was served, regular mail, postage prepaid, this 4th day of June to:

> James H. Howard, Esq.
> Phelon, FitzGerald & Wood, P.C.
> 773 Main Street
> Manchester, CT  06040

_____
Mary A. Gambardella

ST:28923v1