UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO | : | CIVIL ACTION NO: |
|     Plaintiff | : | 3:02 CV 2281 (MRK) |
| | : | |
| vs. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC | : | |
| DATA PROCESSING, INC. | : | |
|     Defendant | : | JUNE 25, 2004 |

INDEX TO EXHIBITS TO
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Ex. 1     Letter from ADP to Lupacchino (2/22/02) terminating salary.

Ex. 2     E. Lupacchino's Affidavit to CHRO.

Ex. 3     Depo. B. Gay.

Ex. 4     Depo. E. Lupacchino.

Ex. 5     Sales Team Report (Jan. 24, 2002) listing E. Lupacchino on B. Gay's Team.

Ex. 6     E-Mail Lupacchino to KitzMiller (12/11/01).

Ex. 7     Dave Constant's Affidavit to CHRO.

Ex. 8     Depo. D. Dank.

Ex. 9     Depo. M. Carr.

Ex. 10   Kristin Flaherty's Affidavit to CHRO.

Ex. 11   ADP's Investigation Notes.

Ex. 12   E. Lupacchino's Counsel's Letter to ADP (3/8/02).

Ex. 13   ADP's Response to CHRO in Flaherty Complaint (excerpts).

Ex. 14   Cover Letter from E. Lupacchino's Counsel to ADP (Feb. 19, 2002).

Ex. 15   Dept. Labor Reg. §31-51qq-31.

Ex. 16   Depo. D. Conter.

Ex. 17   ADP's Response to CHRO in Lupacchino Complaint (excerpts).

Ex. 18   EEOC Guidelines to Sexual Harassment Investigations (excerpts).

Ex. 19   E. Lupacchino's Affidavit (June 22, 2004).

Ex. 20   ADP's Purported Harassment Policy.

Ex. 21   ADP's FMLA Policy.

Ex. 22   Medical Record (excerpts).

                    PLAINTIFF

By_____
   James H. Howard, For
   Phelon, FitzGerald & Wood, P.C.
   773 Main Street
   Manchester, CT  06040
   (860) 643-1136
   Facsimile (860) 643-5773
   Federal Bar No. ct07418

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Index to Exhibits to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment has been mailed this 25th day of June, 2004 to counsel for the defendant as follows:

Mary A. Gambardella, Esquire
Epstein, Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901-2681

                                                    _____
                                                  James H. Howard, For
                                                  Phelon, FitzGerald & Wood, P.C.
                                                  773 Main Street
                                                  Manchester, CT  06040
                                                  (860) 643-1136
                                                  Facsimile (860) 643-5773
                                                  Federal Bar No. ct07418