## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH LUPACCHINO** | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:02 CV 2281 (MRK) |
| | : | |
| vs. | : | |
| | : | |
| **ADP, INC. a/k/a AUTOMATIC** | : | |
| **DATA PROCESSING, INC.** | : | |
| Defendant | : | JUNE 25, 2004 |

## AFFIDAVIT OF PLAINTIFF'S
## COUNSEL, JAMES H. HOWARD, RE: EXHIBITS

**STATE OF CONNECTICUT**           )
                                   ) ss:   MANCHESTER
**COUNTY OF HARTFORD**             )

**The undersigned, having been duly sworn, hereby deposes and says:**

1. I am a member of the firm of Phelon, FitzGerald & Wood, P.C., attorneys of record for the plaintiff, Elizabeth Lupacchino. I make this statement based on my personal knowledge of the facts hereinafter set forth.

2. I hereby certify that the documents attached as Exhibits to the Memorandum of Law in Opposition to the Defendant's Motion for Summary Judgment are true copies of the originals on file. Original CHRO Affidavits are maintained at the Commission. Original medical records are maintained by the plaintiff's treating physicians.

Additionally, all deposition transcript excerpts included as Exhibits are true copies of the original deposition pages in this action.

_____
JAMES H. HOWARD

The foregoing was subscribed and sworn to before me this 25th day of June, 2004.

_____

Commissioner of the Superior Court

2