UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH LUPACCHINO,          :

    Plaintiff,          :  Civil Action No. 3:02 CV 2281 (MRK)

v.          :

ADP, INC. a/k/a AUTOMATIC DATA          :
PROCESSING, INC.          :

    Defendant.          :  July 12, 2004

          :

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rules of Civil Procedure 9(b)3, the Defendant in the above-captioned matter hereby respectfully moves for a one (1) week extension of time or until July 20, 2004, to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of good cause for the granting of this motion, counsel submits the following:

1.  Defendant filed its Motion for Summary Judgment on June 4, 2004.

2.  On or about June 25, 2004, Plaintiff filed her Opposition to Defendant's Motion for Summary Judgment. Thus, Defendant's reply to Plaintiff's Opposition is currently due July 13, 2004.

3.  Defendant respectfully requests a one (1) week extension of time to file said reply. The additional time is necessary in light of the recent holiday and various unrelated client commitments and scheduling conflicts. The additional time is also necessary to ensure in-house counsel for ADP is provided with sufficient time to review said reply.

ST:28698v1

4.    No prior request for extending the time to file a reply to Plaintiff's Opposition has been made.

5.    James Howard, Esq., counsel for Plaintiff, has no objection to the Court's granting of this request.

**WHEREFORE**, the Defendant respectfully requests that this motion be granted, extending the deadline to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment by one (1) week, or until July 20, 2004.

THE DEFENDANT,

By: _____

**Steven J. Younes**
**Federal Bar No. ct12408**
**Epstein Becker & Green, P.C.**
**One Landmark Square, Suite 1800**
**Stamford, CT 06901**
**Counsel for Defendant**

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *Motion to Extend Time* was sent via first class mail, postage prepaid, this 12th day of July, 2004 to counsel of record for the plaintiff as follows:

> James H. Howard, Esq.
> Phelon, FitzGerald & Wood, P.C.
> 773 Main Street
> Manchester, CT 06040

Steven J. Younes