UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2281 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Defendant's Motion For Extension Of Time To File Reply [doc. # 37], dated July 12, 2004, is hereby **GRANTED**. Defendant shall file her reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment on or before **July 20, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 15, 2004.