UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELIZABETH LUPACCHINO,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:02 CV 2281 (MRK) |
| | : | |
| v. | : | |
| | : | |
| **ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC.,** | : | |
| | : | |
| Defendant. | : | March 16, 2005 |

### DEFENDANT ADP, INC.'S MOTION FOR LEAVE FOR ATTORNEY STEVEN J. YOUNES TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Defendant ADP, Inc. a/k/a Automatic Data Processing, Inc. ("Defendant"), and moves this Court for leave to allow Attorney Steven J. Younes to withdraw as counsel of record for Defendant, and specifically states as follows:

1. Defendant is and has been represented in this matter by the law firm of Epstein Becker & Green, P.C. ("the Firm"). Specifically, Defendant has been represented by Attorney Mary Gambardella, a member in the Firm's Stamford office, and Attorney Younes, a senior associate also in the Firm's Stamford office.

2. Attorney Younes is no longer with the firm of Epstein Becker & Green, P.C., as of September 20, 2004. As such, Defendant requests that he be granted leave to withdraw as counsel of record for Defendant.

3. Defendant will continue to be represented by Attorney Gambardella, who is admitted to the bar of this Court.

ST:32061v1

4. Attorney Gambardella can continue to be contacted on behalf of Defendant as follows:

>Mary A. Gambardella, Esq.
>EPSTEIN BECKER & GREEN, P.C.
>One Landmark Square, Suite 1800
>Stamford, CT 06901-2601
>Phone: 203/348-3737
>mgambard@ebglaw.com

WHEREFORE, Defendant respectfully requests that Attorney Younes be granted leave to withdraw as counsel of record for Defendant ADP, Inc.

**THE DEFENDANT,**
**ADP, INC.**


**BY**:_____
Mary A. Gambardella, Esq.
Federal Bar No. ct05386
**EPSTEIN BECKER & GREEN, P.C.**
One Landmark Square, Suite 1800
Stamford, CT  06901-2681
(203) 348-3737

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion For Leave for Attorney was sent via first class mail, postage prepaid, this 16th day of March, 2005 to counsel of record for the plaintiff as follows:

>James H. Howard, Esq.
>Phelon, FitzGerald & Wood, P.C.
>773 Main Street
>Manchester, CT  06040

_____
Mary A. Gambardella