UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH LUPACCHINO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:02 CV 2281 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ADP, INC. a/k/a AUTOMATIC DATA PROCESSING, INC. | : | |
| | : | |
| Defendant. | : | March 22, 2005 |
| | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jonathan M. Plissner, Esq. of Epstein Becker & Green, P.C., hereby appears as the attorney of record for the Defendants ADP, INC. in addition to the appearance of Mary A Gambardella, already on file. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

        **EPSTEIN BECKER & GREEN, P.C.**
        Attorneys for Defendants


By:_____
    Jonathan M. Plissner, Esq.
    Federal Bar No. ct23773
    One Landmark Square, Suite 1800
    Stamford, CT 06901-2601
    (203) 348-3737

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was sent via first class mail, postage prepaid, this 22nd day of March, 2005 to counsel of record for the plaintiff as follows:

>James H. Howard, Esq.
>Phelon, FitzGerald & Wood, P.C.
>773 Main Street
>Manchester, CT  06040

_____
Jonathan M. Plissner

ST:32128v1